ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
KRISTA L. COSNER (SBN #213338)
krista.cosner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:  (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL D. NELSON,

    Plaintiff,

v.

MATRIXX INITIATIVES, INC., a Delaware corporation; ZICAM LLC, an Arizona limited liability company; and DOES 1 through 25,

    Defendants.

Case No. CV 09 2904

**NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) OF DEFENDANTS MATRIXX INITIATIVES, INC. AND ZICAM LLC**

**TO THE CLERK OF THE COURT:**

Defendants, MATRIXX INITIATIVES, INC. (hereinafter, "Matrixx") and ZICAM, LLC (hereinafter "Zicam") (collectively "Defendants"), submit this Notice of Removal of *Michael D. Nelson vs. Matrix Initiatives, Inc. et. al*, filed in the Superior Court of the State of California County of Contra Costa, Case No. C 09-01677, on the grounds that this Court has original jurisdiction under 18 U.S.C. §§ 1332 and 1441 *et seq.* Diversity of citizenship exists between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00.

    1.    Contra Costa County California is located within the Northern District of California. Thus, venue is proper pursuant to 28 U.S.C. § 89(c) because it is the "district and

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF REMOVAL AND REMOVAL
SF01/ 641857.1

CASE NO. _____

1 division embracing the place where such action is pending." 28 U.S.C. 1441(a).

2. On June 17, 2009, Plaintiff filed his Complaint. *See* Declaration of Krista L. Cosner in Support of Notice of Removal and Removal under 28 U.S.C. § 1441(B) (Diversity) of Defendants Matrixx Initiatives, Inc. and Zicam, LLC ("Cosner Decl."), Exhibit A. On June 26, 2009, Defendants filed their Answer to the Complaint. Cosner Decl., Exh. B. The Complaint and Defendants' Answer are the only known pleadings filed to date in this matter.

3. Plaintiff alleges that, as a direct result of his use of Zicam® Cold Remedy Swabs ("Zicam Swabs"), he suffered injuries such as "[c]omplete, total, permanent and irreversible loss of the sense of smell" and "permanent and irreversible diminution of the sense of taste" requiring him to undergo "several fruitless medical procedures and treatments." He claims to have experienced "mental and emotional distress . . . mortification and humiliation . . . physical pain and suffering . . . loss of enjoyment of everyday activities and severely diminished quality of life given the fact that two of his five senses are gone forever." Cosner Decl., Exh. A at p. 7-8.

4. With respect to the amount in controversy, Plaintiff seeks Five Hundred Thousand Dollars ($500,000) in damages. Cosner Decl., Exh. A at p. 8, 11-12.

5. With respect to diversity of citizenship, Plaintiff is and was, at the time this action was commenced, a citizen of the State of California. Cosner Decl. Exh. A, ¶ 1. Matrixx is, and was at the time Plaintiff commenced this action, a corporation organized under the laws of the State of Delaware with its principal place of business in Phoenix, Arizona. Cosner Decl., ¶ 4. Therefore, Matrixx is a citizen of Delaware and Arizona for purposes of determining diversity. 28 U.S.C. § 1332(c)(1). Zicam is, and was at the time Plaintiff commenced this action, a limited liability corporation that exists under the laws of Arizona with its principal place of business in Phoenix, Arizona. Cosner Decl., ¶ 5. For diversity purposes, the citizenship of limited liability companies is determined by the citizenship of its members. *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998). Zicam is a wholly owned subsidiary of Matrixx, and Matrixx is the sole member of Zicam. Cosner Decl., ¶ 6. For diversity purposes, Zicam is a citizen of Arizona and Delaware. *Id.* Thus, complete diversity exists.

6. Removal is timely under 28 U.S.C. §1446(b) as it is filed within 30 days of service

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF REMOVAL AND REMOVAL
SF01/641857.1

- 2 -

CASE NO. _____

1 on Defendants who were served on June 23, 2009. Cosner Decl., ¶ 7.

2     7.    Concurrent with the filing of this Notice of Removal, written notice of the filing of
3 this Notice is being delivered to Plaintiff, and is being filed with the Clerk of Court in the Contra
4 Costa Superior Court of the State of California.

5     8.    By removing this action to this Court, Defendants do not waive any defenses,
6 objections or motions available to them under state or federal law. Matrixx and Zicam expressly
7 reserve the right to move for dismissal of Plaintiff's claims pursuant to Rule 12 of the Federal
8 Rules of Civil Procedure.

9     WHEREFORE, Defendants respectfully remove this action from the Superior Court of the
10 State of California for the County of Contra Costa to the United States District Court for the
11 Northern District of California, pursuant to 28 U.S.C. § 1441.

Dated: June 29, 2009

DRINKER BIDDLE & REATH LLP

By: _____
Krista L. Cosner

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM, LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF REMOVAL AND REMOVAL
SF01/641857.1

- 3 -

CASE NO. _____