# UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: ZICAM COLD REMEDY MARKETING,**
**SALES PRACTICES AND PRODUCTS**
**LIABILITY LITIGATION**                                    MDL No. 2096

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial
proceedings in the action(s) on this conditional remand order have been completed and that remand
to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to
its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States
Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for
filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with
the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the
Panel. This order does not become effective until it is filed in the office of the Clerk for the United
States District Court for the District of Arizona.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for
the District of Arizona with a stipulation or designation of the contents of the record to be remanded
and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply
with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 23, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on ___9 · 12 · 11___
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

**IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION**                                    MDL No. 2096

**SCHEDULE FOR CRO**

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| AZ | 2 | 11−00751 | CAC | 2 | 11−02561 | Sullivan v. Matrixx Initiatives Incorporated et al |
| AZ | 2 | 09−02301 | CAN | 3 | 09−02904 | Nelson v. Matrixx Initiatives, Inc. et al |
| AZ | 2 | 11−01264 | ILN | 3 | 11−50164 | Witt v. Matrixx Initiatives Incorporated et al |
| AZ | 2 | 11−01230 | NJ | 2 | 11−03270 | Pucci v. Matrixx Initiatives Incorporated et al |
| AZ | 2 | 11−00837 | OHS | 2 | 11−00313 | Reffitt v. Matrixx Initiatives Incorporated et al |
| AZ | 2 | 11−01287 | OHS | 3 | 11−00207 | Adams v. Zicam LLC et al |
| AZ | 2 | 11−01129 | OKW | 5 | 11−00568 | Mciver v. Matrixx Initiatives Incorporated et al |
| AZ | 2 | 11−00560 | TXN | 5 | 11−00040 | Bednarz v. Matrixx Initiatives Incorporated, et al |
| AZ | 2 | 11−00561 | TXN | 7 | 11−00032 | Raub v. Zicam LLC et al |
| AZ | 2 | 11−00325 | TXW | 1 | 11−00083 | Cathey v. Matrixx Initiatives Incorporated et al |
| AZ | 2 | 10−01961 | UT | 1 | 10−00128 | Lundgren v. Matrixx Initiatives Incorporated et al |
| AZ | 2 | 10−00915 | UT | 2 | 10−00199 | Leeds v. Matrixx Initiatives, Inc. et al |
| AZ | 2 | 10−01196 | VAE | 4 | 10−00050 | Stone v. Matrixx Initiatives, Inc. et al |