Michael D. Nelson
8 Red Cedar Court
Danville, CA 94506
Telephone (925) 381 8673

Plaintiff pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. NELSON<br>Plaintiff,<br><br>vs.<br><br>MATRIXX INITIATIVES, INC., A DELAWARE CORPORATION, ZICAM, L.L.C. AN ARIZONA LIMITED LIABILITY COMPANY, and DOES 1 through 25<br>Defendants | No.  C09-02904-WHA<br><br>ORDER PERMITTING PRO SE PARTY TO E-FILE PAPERS AND CONSENT TO ELECTRONIC SERVICE<br><br>Local Rule 5-4 & General Order 45<br>FRCP 77 and 5(b)(2)(D) |

At the Initial Case Management hearing on 12/15/2011, the Plaintiff requested the court to allow him to e-file papers and consent electronic service, without objection from the Defendant the Court hereby grants the Plaintiff Michael D Nelson permission to e-file papers and consent to electronic service pursuant to Local Rule 5-4 & General Order 45 and FRCP 77 and 5(b)(2)(D).

Dated:  December 19, 2011.

_____
Honorable William Alsup