| | |
|---|---|
| 1 | ALAN J. LAZARUS (SBN #129767) |
|   | alan.lazarus@dbr.com |
| 2 | RODNEY M. HUDSON (SBN #189363) |
|   | rodney.hudson@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, CA 94105-2235 |
|   | Telephone:   (415) 591-7500 |
| 5 | Facsimile:   (415) 591-7510 |
| 6 | Attorneys for Defendants |
|   | MATRIXX INITIATIVES, INC. and ZICAM LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MICHAEL D. NELSON, | Case No. CV 09 2904 WHA |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO CONDUCT ADR SESSION** |
| v. | |
| MATRIXX INITIATIVES, INC., a Delaware corporation; ZICAM LLC, an Arizona limited liability company; and DOES 1 through 25, | |
| Defendants. | |

WHEREAS, pursuant to ADR Local Rule 3-6, the current deadline for the Parties to conduct an ADR Session in this case is March 14, 2012;

WHEREAS, the Defendants believe that they need to conduct additional discovery in order to conduct meaningfully mediation in an ADR Session;

WHEREAS, the Plaintiff does not oppose the defendants' request for a continuance of the mediation process;

WHEREAS, the last day to conduct non-expert discovery in this case is May 31, 2012;

WHEREAS, the Parties agree to extend the deadline for the Parties to conduct an ADR Session to June 13, 2012;

WHEREAS, the parties agree that extending the ADR Session deadline to June 13, 2012

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE ADR SESSION
SF01/ 811464.2

CASE NO. CV 09 2904 WHA

will not be used by either of them to alter any deadlines set by the Court's Case Management Order, dated December 15, 2011;

WHEREAS, the Parties have not previously requested any other time modifications in this case;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which the Parties can conduct an ADR Session in this case is extended to June 13, 2012.

Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. This stipulation does not alter any of the deadlines set forth in this Court's Case Management Order.

Dated: January 10, 2012                DRINKER BIDDLE & REATH LLP

By: /s/ Rodney M. Hudson
    Rodney M. Hudson

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM LLC

Dated: January 9, 2012

By: _____
    Michael Nelson
    Pro Se Plaintiff

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The deadline for the parties to conduct an ADR session will be extended to May 31, 2012.

Dated:  January 12, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE