IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. NELSON,

    Plaintiff,

  v.

MATRIX INITIATIVES, INC., a Delaware corporation, ZICAM, LLC, an Arizona limited liability company, and DOES 1 through 25,

    Defendants.

No. C 09-02904 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of March 13, 2012, concerning a discovery dispute and **SETS** a meet-and-confer in the court's jury room starting from **11:00 A.M. AND CONTINUING TO 2:30 P.M.** (with half-hour for lunch at 12:30 p.m.) on **WEDNESDAY, MARCH 21, 2012**. At 2:30 p.m., the Court shall hear any remaining unresolved issue(s). Defendants' response is due by noon on March 19. Please buzz chambers at 11:00 a.m. to be let into the jury room.

Please note that only those lawyers who personally participate in the court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: March 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE