IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. NELSON,

    Plaintiff,

  v.

MATRIXX INITIATIVES, INC., and ZICAM, LLC

    Defendants.

No. C 09-02904 WHA

**ORDER RESOLVING DISCOVERY DISPUTE**

On March 21, 2012, a hearing was held on the discovery dispute letter submitted by plaintiff Michael D. Nelson. For the reasons stated at the hearing, plaintiff is permitted to take the following discovery: (1) two depositions of seven hours each and (2) ten reasonably narrow document requests. No interrogatories will be permitted. Plaintiff shall not duplicate discovery requests adequately covered by the discovery taken in the MDL.

**IT IS SO ORDERED.**

Dated: March 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE