UNITED STATES DISTRICT COURT For the Northern District of California

1
2
3
4
5
6 UNITED STATES  DISTRICT COURT
7 Northern District of California
8 San Francisco Division
9
10 MICHAEL D. NELSON,
      Plaintiff,                                              No. C 09-2904 WHA
11      v.                                                    **ORDER RE: ATTENDANCE AT**
   MATRIXX INITIATIVES, INC., et al.                          **MEDIATION**
12      Defendants.
   _____/
13                                                            Date:       June 11, 2012
                                                              Mediator:   Eric Ivary
14
15
       IT IS HEREBY ORDERED that the request to excuse defendant Matrixx Initiatives, Inc.'s
16
   corporate representative, Marylou Arnett, from personal attendance at the June 11, 2012, mediation
17
   session before Eric Ivary is DENIED.  The court finds that Ms. Arnett has not made adequate
18
   showing that requiring her to attend the mediation would cause her 'extraordinary or otherwise
19
   unjustifiable hardship' as set forth in ADR L.R. 6-10(d).  Accordingly, the request is DENIED and
20
   Ms. Arnett shall appear in person at the mediation.
21
       IT IS SO ORDERED.
22
23
24 May 30, 2012                            By:
25 Dated                                                      Donna Ryu
                                                              United States Magistrate Judge
26
27
28