IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D NELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MATRIXX INITIATIVES, INC., and ZICAM, LLC, an Arizona limited liability company,<br><br>    Defendants.<br>                                                  / | No. C 09-02904 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

Plaintiff Michael D. Nelson filed a motion for leave to file a second amended complaint on May 31, 2012. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition was due June 14, 2012. None was filed. Defendants are hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. Defendants Matrixx Initiatives, Inc., and Zicam LLC, must file a written response to this order by **JUNE 26, 2012.** The motion hearing set for July 5, 2012 is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: June 20, 2012.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE