IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D NELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MATRIXX INITIATIVES, a Delaware Corporation, and ZICAM, LLC, an Arizona limited liability company,<br><br>    Defendants.<br>                                          / | No. C 09-02904 WHA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

On May 31, 2012, plaintiff Michael D. Nelson filed a motion for leave to file a second amended complaint. Defendants Matrixx Initiatives and Zicam, LLC, filed a statement of non-opposition (Dkt. No. 66). Thus, the motion for leave to file a second amended complaint is **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE