ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
RODNEY M. HUDSON (SBN #189363)
rodney.hudson@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:   (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL D. NELSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MATRIXX INITIATIVES, INC., a Delaware corporation; ZICAM LLC, an Arizona limited liability company; and DOES 1 through 25,<br><br>　　　　　　Defendants. | Case No. 3:09-cv-02904 WHA<br><br>**INDEX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS** |

**Exhibit 1**   Second Amended Complaint in *Michael D. Nelson v. Matrixx Initiatives, Inc., et al.*

**Exhibit 2**   Plaintiff Fact Sheet for Plaintiff Michael D. Nelson

**Exhibit 3**   Plaintiff's Initial Rule 26.1 Disclosures

**Exhibit 4**   Plaintiff's Answers to Interrogatories dated May 29, 2012

**Exhibit 5**   Deposition of Michael D. Nelson (dated April 30, 2012), pp. 15-18, 19-22, 26-27, 101-102, 128-131, 134-140, 144, 145-146, 153, 156-159, 160-162, 164-169, 170-176, 187, 192-193, 209, 211, 237; Exh. 10-11

**Exhibit 6**   Charles Hensley et al., *The Effect of Direct Application of Ionic Zinc Nasal Gel on the Duration of the Common Cold* (June 30, 1999)

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INDEX OF EVIDENCE ISO DEFENDANTS'
MOTIONS
SF01/ 841342.2

CASE NO. 3: 09-CV- 02904 WHA

| | | | |
|---|---|---|---|
| **Exhibit** | 7 | Michael Hirt et al., *Zinc nasal gel for the treatment of common cold symptoms: A double-blind, placebo-controlled trial*, 79 Ear Nose Throat Journal 778-80 (Oct. 2000) | |
| **Exhibit** | 8 | Ronald B. Turner, *Ineffectiveness of Intranasal Zinc Gluconate for Prevention of Experimental Rhinovirus Colds*, 33 CID 1865-70 (Dec. 2001) | |
| **Exhibit** | 9 | Correspondence from Dr. Michael Seidman to Hank Landau, dated December 20, 1999 | |
| **Exhibit** | 10 | Correspondence from Dr. Michael Seidman to Hank Landau, dated February 14, 2000 | |
| **Exhibit** | 11 | Correspondence from Dr. Michael Seidman to Hank Landau, dated February 16, 2000 | |
| **Exhibit** | 12 | Correspondence from Dr. Michael Seidman to Hank Landau dated November 9, 2000 | |
| **Exhibit** | 13 | Correspondence from Hank Landau to Dr. Michael Seidman, dated November 13, 2000 | |
| **Exhibit** | 14 | Correspondence from Dr. Michael Seidman to Hank Landau, undated | |
| **Exhibit** | 15 | Correspondence from Dr. Michael Seidman to Hank Landau, dated January 10, 2001 | |
| **Exhibit** | 16 | S.B. Mossad, *Effect of zincum gluconicum nasal gel on the duration and symptom severity of the common cold in otherwise healthy adults*, 96 QUARTERLY JOURNAL OF MEDICINE 35-43 (2003) | |
| **Exhibit** | 17 | Correspondence from Dr. Miriam Linschoten to Tim Clarot, dated September 20, 2002 | |
| **Exhibit** | 18 | Correspondence from Tim Clarot to Dr. Bruce Jafek, dated September 12, 2003 | |
| **Exhibit** | 19 | Correspondence from Dr. Jafek to Tim Clarot, dated September 16, 2003 | |
| **Exhibit** | 20 | Dr. Jafek's poster presentation, presented September 20, 2003 at the American Rhinologic Society meeting in Orlando, Florida; Bruce Jafek, et. al., *Anosmia after Intranasal Zinc Gluconate Use*, American Journal of Rhinology, May-June 2001, Vol. 18, No. 3 at 137. | |
| **Exhibit** | 21 | Correspondence from Dr. Doty to Tim Clarot, dated October 7, 2003 | |
| **Exhibit** | 22 | Transcription of the Scientific Advisory Board Meeting, dated February 20, | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INDEX OF EVIDENCE ISO DEFENDANTS' MOTIONS
SF01/ 841342.2
- 2 -
CASE NO. 3:09-CV-02904 WHA

| | | |
|---|---|---|
| | | 2004 |
| **Exhibit** | **23** | Minutes of the Scientific Advisory Board Meeting, dated February 20, 2004 |
| **Exhibit** | **24** | 8K SEC statement, filed February 19, 2004 |
| **Exhibit** | **25** | 8K SEC statement, filed September 29, 2004 |
| **Exhibit** | **26** | Burton Slotnick, Ph.D., et al., *Olfaction and Olfactory Epithelium in Mice Treated with Zinc Gluconate*, 117 THE LARYNGOSCOPE 743 (2007) |
| **Exhibit** | **27** | Judith K. Jones, et al., *Epidemiologic Study of Smell Disturbance in 2 Medical Insurance Claims Populations*, 133 ARCH. OTOLARYNGOL. HEAD NECK SURG. 748-57 (Aug. 2007) |
| **Exhibit** | **28** | Joseph E. Dohar et al., *Matrixx Pilot Study of Distribution of Zicam® Spray in Nasal Passages* (April 27, 2004) |
| **Exhibit** | **29** | Joseph E. Dohar, M.D., M.A., University of Pittsburgh Study (2005) (unpublished); Letter from Tim Clarot, Vice President, R&D and Product Quality at Matrixx Initiatives, Inc. to Dr. Joseph E. Dohar (Sept. 20, 2005); Letter from Dr. Joseph E. Dohar to Tim Clarot, Vice President, R&D and Product Quality at Matrixx Initiatives, Inc. (Oct. 15, 2005) (collectively Pittsburgh study) |
| **Exhibit** | **30** | Jesús Herranz, M.D., et al., *Anatomical Distribution and Transport of a Topical Liquid Nasal Gel*, 57 ACTA OTORRINOLARINGOL ESP. 130 (2006) (English translation) |
| | | Jesús Herranz, M.D., et al., *Distribucion anatomica y transporte de un gel liquido topico nasal*, 57 ACTA OTORRINOLARINGOL ESP. 130 (2006) (Spanish version) |
| **Exhibit** | **31** | Jesús Herranz, M.D., et al., Study to Determine the Distribution Pattern of a Nasal Gel Using a Radial Design Nasal Actuator (2010) (unpublished study) *(Filed Under Seal)* |
| **Exhibit** | **32** | Applied Laboratories Manufacturing Specifications for Lot Number B60819 |
| **Exhibit** | **33** | Steven M. Bromley, *Smell and Taste Disorders: A Primary Care Approach*, AMERICAN FAMILY PHYSICIAN (Jan. 15, 2000) |
| **Exhibit** | **34** | Order, *Nelson v. Matrixx Initiatives*, Case No. YC 048136, Order (Sup. Ct. Cal. January 28, 2005) |
| **Exhibit** | **35** | Order, *Bruno v. Matrixx Initiatives*, Case No. GIC 868821, Order at 2:16-3:1 (Sup. Ct. Cal. March 12, 2008) |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INDEX OF EVIDENCE ISO DEFENDANTS' MOTIONS
SF01/ 841342.2
- 3 -
CASE NO. 3:09-CV-02904 WHA

| | | |
|---|---|---|
| **Exhibit** | **36** | *Hans, et al. vs. Matrixx Initiatives, Inc., et al.*, 2006 U.S. Dist. LEXIS 96779 (W.D. KY September 29, 2006) |
| **Exhibit** | **37** | *Sutherland vs. Matrixx Initiatives, Inc., et al.*, 2006 U.S. Dist. LEXIS 96652 (N.D. Ala. November 7, 2006) |
| **Exhibit** | **38** | *Benkwith vs. Matrixx Initiatives, Inc., et al.*, 467 F.Supp.2d 1316 (M.D. Ala. December 27, 2006) |
| **Exhibit** | **39** | *O'Hanlon vs. Matrixx Initiatives, Inc., et al.*, No. CV-04-10391 (C.D. Cal. January 4, 2007) |
| **Exhibit** | **40** | *Hilton vs. Matrixx Initiatives, Inc., et al.*, 2007 U.S. Dist. LEXIS 73264 (N.D. Tex. February 20, 2007) |
| **Exhibit** | **41** | *Salden vs. Matrixx Initiatives, Inc., et al.*, 2007 U.S. Dist. LEXIS 18552 (E.D. Mich. March 16, 2007) |
| **Exhibit** | **42** | *Wyatt vs. Matrixx Initiatives, Inc., et al.*, 2007 U.S. Dist. LEXIS 67986 (N.D. Ala. March 30, 2007) |
| **Exhibit** | **43** | *Lusch v. Matrixx Initiatives, Inc., et al.*, 2007 U.S. Dist. LEXIS 72068 (D. Or. September 25, 2007) |
| **Exhibit** | **44** | *Evans v. Matrixx Initiatives, Inc., et al.* U.S. Dist. LEXIS 88224 (M.D. Fl. February 18, 2009) |
| **Exhibit** | **45** | *Rose v. Matrixx Initiatives, Inc., et al.* 2009 WL 902311(W.D. Tn. March 31, 2009) |
| **Exhibit** | **46** | Expert Report of Greg E. Davis, M.D. M.P.H., served July 17, 2010 (MDL No. 2096). |
| **Exhibit** | **47** | Deposition of Greg E. Davis, M.D., M.P.H., taken Sept. 29, 2010 (MDL No. 2096), pp. 37, 45, 68, 79-82, 86-87, 92-93, 148-157, 166-167, 170-171, 214-215 |
| **Exhibit** | **48** | Expert Report of Greg E. Davis, M.D. M.P.H., dated May 28, 2012 (Nelson v Matrixx) |
| **Exhibit** | **49** | Deposition of Greg E. Davis, M.D., M.P.H., taken June 20, 2012 (Nelson v Matrixx) pp. 10, 19-31, 34-40, 48-50, 57-58, 60, 63-65, 67-69, 70-73, 75-76, 79-82, 84-87, 96, 98-102, 107-108, 110-111, 113-116, 119-121, 132-133, 136, 144, 159-161, 164, 166-169, 171-176, 202-203, 209-210 |
| **Exhibit** | **50** | Amended Expert Report of Steven Pike, M.D., dated Aug. 5, 2010 (MDL No. 2096) |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INDEX OF EVIDENCE ISO DEFENDANTS'
MOTIONS
SF01/ 841342.2

- 4 -

CASE NO. 3:09-CV-02904 WHA

| | | |
|---|---|---|
| **Exhibit** | **51** | Deposition of Steven Pike, M.D., taken Sept. 21, 2010 (MDL No. 2096), pp. 47-51, 61-62, 66-67, 69-73, 90-91, 94-95, 100-102, 109-111, 204 |
| **Exhibit** | **52** | Amended Expert Report of James E. Schwob, M.D., Ph.D., dated Sept. 11, 2010, served Sept. 13, 2010 (MDL No. 2096) |
| **Exhibit** | **53** | Deposition of James E. Schwob, MD., Ph.D, taken Oct. 26, 2010 (MDL No. 2096), pp. 46, 53-57, 64, 88, 98-99, 101-102, 125-126, 134, 156-160 |
| **Exhibit** | **54** | Amended Expert Report of Richard N. Dalby, Ph.D., dated Sept. 13, 2010, served Sept. 13, 2010 (MDL No. 2096) |
| **Exhibit** | **55** | Deposition of Richard N. Dalby, Ph.D, taken Oct. 15, 2010 (MDL No. 2096), pp. 25, 27-28 |
| **Exhibit** | **56** | Deposition of Ashim K. Mitra, Ph.D., taken Sept. 17, 2010 (MDL No. 2096), pp. 99, 134-135, 142, 150-152, 189-192, 228-233 |
| **Exhibit** | **57** | Amended Expert Report of Kevin E. Kip, Ph.D., F.A.H.A., dated Sept. 13, 2010, served Sept. 13, 2010 (MDL No. 2096) |
| **Exhibit** | **58** | Expert Report of Scott D. Phillips, M.D., F.A.C.P., F.A.C.M.T., F.A.A.C.T., dated Sept. 7, 2010, served Sept. 13, 2010 (MDL No. 2096) |
| **Exhibit** | **59** | Deposition of Scott D. Phillips, M.D., F.A.C.P., F.A.C.M.T., F.A.A.C.T., taken Oct. 19, 2010 (MDL No. 2096) pp. 55-56, 59, 73 |
| **Exhibit** | **60** | Expert Report of Mark G. Kenny, dated July 15, 2010 (MDL No. 2096) |
| **Exhibit** | **61** | Deposition of Mark G. Kenny, taken Sept. 10, 2010 (MDL No. 2096) pp. 7-8, 13, 16, 36-37, 46-48, 51-55, 71, 75-77, 114-122, 147-148, 163-170, 195-196, 202-211, 213 |
| **Exhibit** | **62** | Expert Report of Christine T. Wood, dated August 13, 2012 (MDL No. 2096) |
| **Exhibit** | **63** | Expert Report of Christine T. Wood, dated June 13, 2012 (Nelson v Matrixx) (redacted version). (*Unredacted version Filed Under Seal*.) |
| **Exhibit** | **64** | Expert Report of Robert Pinco, Esq., dated August 12, 2012 (MDL No. 2096) |
| **Exhibit** | **65** | Expert Report of Sabrina Sobel, Ph.D., dated August 16, 2010 (MDL No. 2096) |
| **Exhibit** | **66** | Expert Report of Joseph Fedoruk, M.D., C.I.H., D.A.B.T., F.A.C.M.T., dated June 14, 2012 (Nelson v Matrixx) |
| **Exhibit** | **67** | Expert Report of Charles Kimmelman, M.D., dated June 4, 2012 (Nelson v Matrixx) |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INDEX OF EVIDENCE ISO DEFENDANTS' MOTIONS
SF01/ 841342.2

- 5 -

CASE NO. 3:09-CV-02904 WHA

| | | |
|---|---|---|
| **Exhibit** | **68** | Expert Deposition of Michael D. Nelson, taken July 3, 2012 (Nelson v Matrixx) pp. 10-13, 14-16, 17, 19-27, 34, 35-37, 41-42, 56-57, 59, 63-70, 76, 77, 82-84, 87, 164-167, 171, 173-176 |
| **Exhibit** | **69** | Plaintiff's Expert Witness List and Notice of Service of Expert Reports (without reports attached) served May 30, 2012 (Nelson v Matrixx) |
| **Exhibit** | **70** | Deposition of David Stone, M.D., taken May 11, 2012, (Nelson v Matrixx) pp. 17, 24-27, 29-31, 33-38, 40, 42-43, 45-46, 48-50, 62-63; Exh. 3 and 4. *(Exh. 3 and 4 are Filed Under Seal)* |
| **Exhibit** | **71** | Deposition of Peter Hwang, M.D., taken May 17, 2012, (Nelson v Matrixx) pp.13-19, 21-22, 28-30, 33, 35-38, 40-41, 46-51, 54-56, 62-66; Exh. 2-4, 6-7 *(Exh. 4 Filed Under Seal)* |
| **Exhibit** | **72** | Annika Brämerson, M.D., et al., *Prevalence of Olfactory Dysfunction: The Skövde Population-Based Study*, 114 THE LARYNGOSCOPE 733 (2004) |
| **Exhibit** | **73** | S. Charlton, et al., *Distribution and Clearance of Bioadhesive Formulations From the Olfactory Region in Man: Effect of Polymer Type and Nasal Delivery Device,* 30 EUROPEAN J. PHARMACEUTICAL SCIENCES 295 (2007) |
| **Exhibit** | **74** | Clinical Research Laboratories, Inc., Final Report – A Double-Blind Placebo Controlled Study to Evaluate the Safety of Three New Formulations of a Zinc Nasal Spray (2003) (unpublished study) ("Quigley Study") |
| **Exhibit** | **75** | Nicholas A. Sceusa, et al., *Proof of Electro-Osmotic Drug Delivery: A Prejudicial Clinical Trial, Delivering From Mouth to Nose*, 8 DRUG DELIVERY TECH. 50 (2008) |
| **Exhibit** | **76** | Mandy Scheibe, M.D., et al., *Intranasal Administration of Drugs*, 134 ARCH. OTOLARYNGOL. HEAD NECK SURG. 643 (2008) |
| **Exhibit** | **77** | Bao-Anh Nguyen-Khoa, et al., *Epidemiologic Study of Smell Disturbance in 2 Medical Insurance Claims Populations*, 133 Arch. Otolaryngol. Head Neck Surg. 748-57 (Aug. 2007) |
| **Exhibit** | **78** | Murphy, C., et al., *Prevalence of Olfactory Impairment in Older Adults*, JAMA, 2002 288 (18): p. 2307-2312. |
| **Exhibit** | **79** | C.A. DeCook & A.R. Hirsch, *Anosmia due to inhalational zinc: a case report*, THE ASS'N FOR CHEMORECEPTION SCIENCES (2000) |
| **Exhibit** | **80** | Thomas Alexander, M.D., M.H.S; Terence Davidson, MD, *Intranasal Zinc and |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INDEX OF EVIDENCE ISO DEFENDANTS' MOTIONS
SF01/ 841342.2

- 6 -

CASE NO. 3:09-CV-02904 WHA

*Anosmia: The Zinc-Induced Anosmia Syndrome*, 116 THE LARYNGOSCOPE 217 (February 2006)

**Exhibit 81** Order Granting in Part Motion to Strike and Vacating Hearing, entered June 25, 2012 (Nelson v Matrixx)

**Exhibit 82** Order Striking Michael Nelson's Expert Testimony, entered April 28, 2011 (MDL No. 2096)

**Exhibit 83** Order Denying Motion for Summary Judgment on Causation, entered June 2, 2011 (MDL No. 2096)

**Exhibit 84** Defendants' Request for Certification, filed June 17, 2011 (MDL No. 2096)

**Exhibit 85** Order Denying Defendants' Request for Certification, entered July 15, 2011 (MDL No. 2096)

**Exhibit 86** FDA Warning Letter dated June 16, 2009

**Exhibit 87** Matrixx's Response to FDA Warning Letter dated Nov. 16, 2009

**Exhibit 88** FDA Reply to Matrixx's Response to Warning Letter dated Mar. 4, 2010 (without attachments)

**Exhibit 89** Order Granting in Part and Denying in Part Defendants' Motion to Exclude Plaintiffs' Expert Reports, entered on February 24, 2011 (MDL No. 2096)

Dated: July 5, 2012

DRINKER BIDDLE & REATH LLP

By: _____
    Alan J. Lazarus

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INDEX OF EVIDENCE ISO DEFENDANTS' MOTIONS
SF01/ 841342.2

- 7 -

CASE NO. 3:09-CV-02904 WHA