IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D NELSON,

    Plaintiff,

  v.

MATRIXX INITIATIVES, INC., a Delaware Corporation, ZICAM, LLC, an Arizona limited liability company,

    Defendants.

                                             /

No. C 09-02904 WHA

**REQUEST FOR RESPONSE FROM BOTH SIDES**

      In two pages, double-spaced, with 12-point font, without footnotes or attachments, each side must explain if granting defendants' motion for summary judgment of all claims based on lack of evidence regarding causation would be dispositive of the case, notwithstanding the new amended complaint that has been filed. Defendants must file a joint two-page statement. The statements are due by **4 P.M. ON JULY 16, 2012**.

      The Court is concerned with the proliferation of other motions and the fact that defendants have filed two additional motions for summary judgment and a motion to dismiss (not including the various motions to exclude) in addition to the causation motion. For the time being, briefing on all motions shall go forward, but be aware that the Court will deal with the multiplicity of motions in an appropriate way.

      **IT IS SO ORDERED.**

Dated: July 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE