United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. NELSON,

    Plaintiff,

v.

MATRIXX INITIATIVES, INC., a Delaware Corporation, and ZICAM, LLC, an Arizona limited liability company,

    Defendants.

No. C 09-02904 WHA

**ORDER RE RECENTLY FILED MOTIONS**

    The Court is in receipt of counsel's responses to the request for the parties to indicate whether, in their judgment, granting defendants' motion for summary judgment of all claims based on lack of evidence regarding causation would be dispositive of the case. Defendants say yes. Plaintiff says no. The Court will rule on defendants' motion for summary judgment on the causation issue and, to the extent necessary to decide that motion, the motion(s) to exclude. Otherwise, all other recently-filed 35-day motions will be **HELD IN ABEYANCE** pending a decision on the motion for summary judgment on the causation issue.

    **IT IS SO ORDERED.**

Dated: July 18, 2012.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE