**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. NELSON,

    Plaintiff,

v.

MATRIXX INITIATIVES, a Delaware Corporation, and ZICAM, LLC, an Arizona limited liability company,

    Defendants.

/

No. C 09-02904 WHA

**NOTICE REGARDING ORAL ARGUMENT**

At oral argument this Thursday, August 9, 2012, the parties should be prepared to argue defendants' motion for summary judgment on all claims based on lack of evidence regarding causation, defendants' motion to exclude certain testimony of Dr. Greg Davis, and defendants' motion to exclude the expert testimony of Dr. Peter H. Hwang. The parties need not argue the other pending motions at this time.

Dated: August 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE