United States District Court
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MICHAEL D. NELSON,                              No. C 09-02904 WHA

11            Plaintiff,

12       v.                                          **ORDER RE LETTER
                                                     REGARDING CLARIFICATION
13   MATRIXX INITIATIVES, INC., a                    OF PRETRIAL DEADLINES**
     Delaware corporation, ZICAM LLC, an
14   Arizona limited liability company, and
     DOES 1 through 25,
15
             Defendants.
16                                          /

17

18       The Court has received counsel for defendant Zicam, LLC's letter requesting clarification

19   regarding pretrial deadlines vacated by the August 21 order (Dkt. No. 202).  That order vacated

20   the pretrial conference and trial date and scheduled a status conference to reset pretrial and trial

21   dates.  The Court hereby clarifies that the August 21 order vacated the deadline for objections to

22   pretrial disclosures required by FRCP 26(a)(3); the date will be reset at the September 6 status

23   conference.

24

25       **IT IS SO ORDERED.**

26

27   Dated:  September 4, 2012.
                                            _____
28                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE