**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. NELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MATRIXX INITIATIVES, INC., a Delaware corporation, ZICAM LLC, an Arizona limited liability company, and DOES 1 through 25,<br><br>    Defendants.<br>_____/ | No. C 09-02904 WHA<br><br>**NOTICE RE DOCKET NUMBER 152** |

    Contrary to plaintiff's statement, the motion to file items under seal referenced at today's hearing was decided on July 23, 2012 (Dkt. No. 152) and no further action is needed.

Dated: September 6, 2012.

                                                                         WILLIAM ALSUP<br>
                                                                         UNITED STATES DISTRICT JUDGE