FILED

UNITED STATES COURT OF APPEALS

MAR 12 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL D. NELSON, | No. 12-17455 |
| Plaintiff - Appellant, | |
| v. | D.C. No. 3:09-cv-02904-WHA Northern District of California, San Francisco |
| MATRIXX INITIATIVES, INC., a Delaware corporation and ZICAM, LLC, an Arizona limited liability company, | ORDER |
| Defendants - Appellees. | |

Before: WALLACE, M. SMITH, and FRIEDLAND, Circuit Judges.

The panel has voted to deny the petition for panel rehearing and petition for

rehearing en banc.  The full court has been advised of the petition for rehearing en

banc, and no judge of the court has requested a vote on en banc rehearing.  *See*

Fed. R. App. P. 35(f).

The petition for panel rehearing and the petition for rehearing en banc are

denied.