UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL D. NELSON,

        Plaintiff - Appellant,

 v.

MATRIXX INITIATIVES, INC., a Delaware corporation and ZICAM, LLC, an Arizona limited liability company,

        Defendants - Appellees.

No. 12-17455

D.C. No. 3:09-cv-02904-WHA
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered February 02, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $761.10.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk