| | |
|---|---|
| 1 | ALAN J. LAZARUS (SBN #129767) |
|   | alan.lazarus@dbr.com |
| 2 | RODNEY M. HUDSON (SBN #189363) |
|   | rodney.hudson@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, CA  94105-2235 |
|   | Telephone:     (415) 591-7500 |
| 5 | Facsimile:      (415) 591-7510 |

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL D. NELSON, | Case No. CV 09 2904 WHA |
| Plaintiff, | **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |
| v. | |
| MATRIXX INITIATIVES, INC., a Delaware corporation; ZICAM LLC, an Arizona limited liability company; and DOES 1 through 25, | |
| Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
82458014.1

CASE NO. CV 09 2904 WHA

Defendants Matrixx Initiatives, Inc. and Zicam LLC ("Defendants"), by and through their undersigned counsel, hereby acknowledge that plaintiff Michael D. Nelson has fully satisfied the judgment entered by this Court in the above-entitled action on October 10, 2012.  Doc. No. 219; *see also* Doc. No. 230.  Pursuant to California Code of Civil Procedure § 724.060, Defendants also provide the following information:

1. The full names and addresses of Defendants, the judgment creditors, are as follows:

> Matrixx Initiatives, Inc.
> 1 Grande Commons
> 440 Route 22 East, Suite 130
> Bridgewater, NJ 08807
>
> Zicam LLC
> 1 Grande Commons
> 440 Route 22 East, Suite 130
> Bridgewater, NJ 08807

2. The full name and address of the judgment debtor being fully released is as follows:

> Michael D. Nelson
> 854 Saint John Court
> Pleasanton, CA 94566

3. This Court entered judgment on October 10, 2012.  Doc. No. 219; *see also* Doc. No. 230.  The United States Court of Appeals for the Ninth Circuit affirmed the judgment on February 2, 2015.

4. No abstract of the judgment has been recorded in any county, and no notice of judgment lies has been filed in the office of the Secretary of State.

Dated: November 3 2015          DRINKER BIDDLE & REATH LLP

By: /s/ Alan J. Lazarus
    Alan J. Lazarus

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
82458014.1

-1-

CASE NO. CV 09 2904 WHA